**16 MISC 161**

PREET BHARARA
United States Attorney for the
Southern District of New York
By: STEPHEN CHA-KIM
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2768
Facsimile: (212) 637-2702
E-mail: stephen.cha-kim@usdoj.gov

COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
IN RE:                                              :   APPLICATION FOR AN
                                                    :   *EX PARTE* ORDER PURSUANT
LETTERS OF REQUEST FOR                              :   TO 28 U.S.C. § 1782(a)
INTERNATIONAL JUDICIAL                              :
ASSISTANCE FROM THE DISTRICT                        :   M 19-84
COURT OF LUGANO-SECTION 1 IN                        :
LUGANO, SWITZERLAND, IN THE                         :
MATTER OF MASSA FALLIMENTARE                        :
SOGEVALOR SA, IN LIQUIDAZIONE,                      :
LUGANO V. ERNST & YOUNG AG,                         :
BASILEA, LUGANO                                     :
------------------------------------------------------x

     Upon the accompanying declaration of Stephen Cha-Kim, executed on April 19, 2016, the United States of America, by its attorney, Preet Bharara, United States Attorney for the Southern District of New York, petitions this Court for an order pursuant to 28 U.S.C. § 1782(a), appointing Stephen Cha-Kim, Assistant United States Attorney, as Commissioner for the purpose of obtaining information as requested by a Letter of Request for International Judicial Assistance from the District Court of Lugano-Section 1 in Lugano, Switzerland, seeking information from (1) Ernst & Young LPP, (2) Global Street Fund NV, (3) Dumont Investment, Inc., and (4) Tissera Overseas Fund NV, all located in New York, New York, in connection with a proceeding pending in that court captioned "Massa Fallimentare Sogevalor SA, in Liquidazione, Lugano v. Ernst & Young AG, Basilea, Lugano."

RECEIVED
APR 21 2016
CASHIER'S OFFICE
S.D.N.Y.

Dated: New York, New York
April 19, 2016

Respectfully submitted,

PREET BHARARA
United States Attorney for the
Southern District of New York

By: _____
STEPHEN CHA-KIM
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel:  (212) 637-2768
Fax:  (212) 637-2702
Email: stephen.cha-kim@usdoj.gov